GORLICK, KRAVITZ & LISTHAUS, P.C.
Michael J. Vollbrecht, Esq. (MV 1118)
17 State Street, 4th Floor
New York, New York 10004
(212) 269-2500

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, PENSION FUND, ANNUITY
FUND, and TRAINING PROGRAM FUND, and
JOHN J. VIRGA, in his fiduciary capacity as Director,

                      Plaintiffs,

         - against -

HORIZON GROUP OF NEW ENGLAND, INC.
and TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA

                      Defendants.
-----------------------------------------------------------------X

JUDGE SAND



07 CIV 3770

CERTIFICATE OF
IDENTIFICATION OF
CORPORATE AFFILIATION

1.    This Certificate is prepared in compliance with Rule 7.1 of the Local Civil Rules of the Southern and Eastern Districts of New York to enable judges and magistrates to evaluate possible disqualification or recusal.

2.    Plaintiffs Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund, and Training Program Fund, and John J. Virga, in his fiduciary capacity as Director have no corporate parents, subsidiaries, or affiliates.

Dated: New York, New York
        May 8, 2007

                                          GORLICK, KRAVITZ & LISTHAUS, P.C.
                                          Attorneys for Plaintiffs

                                          By:_____
                                            Michael J. Vollbrecht, Esq.
                                            MV 1118
                                            17 State Street, 4th Floor
                                            New York, New York 10004
                                            (212) 269-2500