AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, et al.,

    Plaintiffs,

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: 07 CV

HORIZON GROUP OF NEW ENGLAND, INC.
and TRAVELERS CASUALTY AND SURETY COMPANY
OF AMERICA,

    Defendants.

**07 CIV 3770**

**JUDGE SAND**

TO: (Name and Address of Defendant)

HORIZON GROUP OF NEW ENGLAND, INC.
122 OLD KARNER ROAD
ALBANY, NEW YORK 12205

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
1500 MARKET STREET, SUITE 2900
PHILADELPHIA, PENNSYLVANIA 19102

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

GORLICK, KRAVITZ & LISTHAUS, P.C.
17 STATE STREET, 4TH FLOOR
NEW YORK, NEW YORK 10004

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON

CLERK

*[signature: Marcos Quintero]*

BY DEPUTY CLERK

MAY 1 4 2007

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate the appropriate method of service:*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion than residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing infomation contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                                          Signature of Server

_____
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.

GORLICK, KRAVITZ & LISTHAUS, P.C.
Michael J. Vollbrecht, Esq. (MV 1118)
17 State Street, 4th Floor
New York, New York 10004
(212) 269-2500
MVollbrecht@gkllaw.com

Attorneys for Plaintiffs
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL           :
WELFARE FUND, PENSION FUND, ANNUITY      :
FUND, and TRAINING PROGRAM FUND, and     :   07 Civ. 3770
JOHN J. VIRGA, in his fiduciary capacity as Director, :
                                         :
                          Plaintiffs,    :   AFFIDAVIT OF SERVICE
                                         :
        - against -                      :
                                         :
HORIZON GROUP OF NEW ENGLAND, INC. AND   :
TRAVELERS CASUALTY AND SURETY COMPANY    :
OF NEW YORK,                             :
                                         :
                          Defendants.    :
------------------------------------------------------------------X

STATE OF NEW YORK     )
                      )
COUNTY OF NEW YORK    )

TIFFANY LEWIS, being duly sworn, deposes and says that on June 7, 2007 at approximately 1:00 p.m. at the offices of the State of New York Insurance Department, deponent served a true and correct copy of the Summons and Complaint upon TRAVELERS CASUALTY AND SURETY COMPANY OF NEW YORK, by delivering to and leaving with Keiko Omori of the State of New York Insurance Department, located at 25 Beaver Street, New York, New York 10004.

Ms. Omori, is a female, approximately 50 years of age, stands approximately 5 feet 0 inches tall, weighs approximately 115 pounds with brown eyes and pepper hair. A copy of the State of New York Insurance Department receipt of service is annexed hereto as Exhibit A.

_____
Tiffany Lewis

Sworn to before me this
11th day of June, 2007.

_____
Notary Public

DENNIS E. TOREGGIANI
Notary Public, State of New York
No. 02TO6119910
Qualified in Kings County
Commission Expires December 6, 2008

## NEW YORK STATE INSURANCE DEPARTMENT

Nº 12604

DATE June 7 2007   CK# 25917

RECEIVED OF Horlick, Kravitz & Listhaus

———— Forty ———— DOLLARS

Mason Tenders District Council Welfare Fund v. Travelers Casualty & Surety Company of America

$40.00

Rec'd: Edward Thompson Legal Asst.

BY: