UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASON TENDERS DISTRICT COUNCIL WELFARE FUND, PENSION FUND, ANNUITY FUND, and TRAINING PROGRAM FUND, and JOHN J. VIRGA, in his capacity as Director,<br><br>Plaintiffs,<br><br>-against-<br><br>HORIZON GROUP OF NEW ENGLAND, INC., and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Defendants. | **Index No.:** 07-cv-3770 |

CORPORATE DISCLOSURE STATEMENT OF TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

**NOW INTO COURT,** through undersigned counsel, comes defendant, Travelers Casualty and Surety Company of America ("Travelers"), who pursuant to Rule 7.1 of Federal Rules of Civil Procedure submits this corporate disclosure statement.

Travelers Casualty and Surety Company of America is 100% owned by Travelers Casualty and Surety Company, which is 100% owned by Travelers Insurance Group Holdings, Inc., which is 100% owned by Travelers Property Casualty Corporation, which is 100% owned by The St. Paul Travelers Companies, Inc. The St. Paul Travelers Companies, Inc. is the only publicly held company in the corporate family.

Respectfully Submitted:

__s/Derek A. Popeil__

By: Derek A. Popeil, Esquire (DP 3836)
26 Columbia Turnpike
North Entrance
Florham Park, New Jersey 07932
973-514-1414