UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
Mason Tenders District Council
Welfare Fund et al
John J Virga, as Director

v.

Travelers Casualty + Surety
Company of America
------------------------------------------------X

07-CIV. 3770 (LBS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-24-07

APPEARANCES:

Plaintiff by:
Michael Vollbrecht, Esq.
of Gorlick, Kravitz + Listhaus
PC
12 State St.
N.Y., NY 10004

Defendant by: Travelers Casualty + Surety
by Dreifuss, Bonacci + Parker LLP
by Derek A. Popeil, Esq.
26 Columbia Turnpike
Florham Park, NJ 07932

SAND, J.

Pursuant to Fed. R. Civ. P. 16(b), after holding an initial pretrial conference, it is hereby ordered that:

1. The last date for joining additional parties or amending the pleadings shall be _____.

2. The last date for the filing and hearing of motions shall be _____.

3. All discovery shall be completed by 12/3/07

4. A pretrial order shall be submitted by 12/17/07. The pretrial order shall conform with the Court's instructions, a copy of which may be obtained from the Deputy Clerk.

5. A pretrial conference shall be held on 12/20/07 at 9:30. This conference is to be attended by counsel who will actually try the case.

If the action is for personal injuries, plaintiff is directed to make a monetary settlement demand and defendant is directed to respond to such demand prior to the pretrial conference.

SO ORDERED.

DATED:   New York, New York
         7/24/07

_____
U.S.D.J.