UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-30-07
```

---

MASON TENDERS DISTRICT COUNCIL WELFARE FUND, PENSION FUND, ANNUITY FUND, and TRAINING PROGRAM FUND, and JOHN J. VIRGA, in his capacity as Director,

Plaintiffs,

-against-

HORIZON GROUP OF NEW ENGLAND, INC., and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,

Defendants.

Index No.: 07-cv-3770

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

---

**PLEASE TAKE NOTICE** that the above entitled action be, and the same is hereby discontinued, with prejudice and without costs to any party as against the others. This stipulation may be filed with the Clerk of the Court without further notice. This stipulation may be faxed and signed in counterparts and, if so faxed and signed, shall constitute an originally signed Stipulation for all purposes.

_____    Date 10/27/07
Derek A. Popeil, Esq.
**Dreifuss Bonacci & Parker, LLP**
26 Columbia Turnpike
Florham Park, New Jersey 07932
*Attorneys for Travelers Casualty and Surety Company of America*

_____    10/26/07
Michael S. Adler, Esq.        Date
**Gorlick, Kravitz & Listhaus, P.C.,**
17 State Street, 4th Floor
New York, New York 10004
*Attorneys for Plaintiff*

**SO ORDERED:**

_____
U.S.D.J.

10/29/07